

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00661-CV

### TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
ALFRED SCHUETZE

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2016-DCL-00585

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment denying Schuetze's petition for expunction regarding his arrest on November 21, 2014. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 10, 2019